FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUL 25 PM 4:54

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ERIKA TRENELL PIERSON | CIVIL ACTION |
| VERSUS | NO. 05-2409 |
| RICHLAND PARISH DETENTION CENTER | SECTION "N"(5) |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the Title 42 U.S.C. § 1983 complaint filed by Erika Trenell Pierson is hereby **TRANSFERRED** to the United States District Court for the Western District of Louisiana.

New Orleans, Louisiana, this 25th day of July, 2005.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process____
_X_ Dktd_____
___ CtRmDep___
___ Doc. No.___